IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TONY ANTHONY FAIR, a/k/a/ Antonio Anthony Fair, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 119-212 |
| DEPUTY LESLIE GAITER; DEPUTY McMURTRY; ASSISTANT D.A. TIMOTHY O'BRIEN; KELLY WILLIAMSON; ERIKA PAGE REESE; and D.A. NATALIE PAYNE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff, incarcerated at Dooly State Prison, is proceeding *pro se* and *in forma pauperis* in this case filed pursuant to 42 U.S.C. § 1983, concerning events alleged to have occurred in Richmond County, Georgia. On November 16, 2019, the Court informed Plaintiff that while this case is pending, he shall immediately inform the Court of any change of address and failure to do so would result in dismissal of the case. (Doc. no. 4, p. 4.) When the Court's February 4, 2020 Order was returned as undeliverable because Plaintiff was not located at his address of record on the docket, the Court recommended on February 12, 2020, the case be dismissed without prejudice. (See doc. no. 10.)

After entry of the February 12th Report and Recommendation, Plaintiff submitted a letter explaining he had been transferred to the Atlanta Transitional Center in January but had now

returned to his address of record, and he requested information about his case. (Doc. no. 12.) Although the Court does not condone Plaintiff's failure to keep the Court timely apprised of his change of address, in an abundance of caution, the Court **VACATES** its February 12, 2020 recommendation for dismissal, (doc. no. 10), but cautions Plaintiff any future failure to immediately inform the Court of a change of address will result in dismissal of this case.

The Court screens Plaintiff's complaint in a simultaneously filed Report and Recommendation.

SO ORDERED this 11th day of March, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA