| | |
|---|---|
| TONY ANTHONY FAIR, a/k/a/ Antonio Anthony Fair, Plaintiff, v. DEPUTY LESLIE GAITER; DEPUTY McMURTRY; ASSISTANT D.A. TIMOTHY O'BRIEN; KELLY WILLIAMSON; ERIKA PAGE REESE; and D.A. NATALIE PAYNE, Defendants. | CV 119-212 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 2nd day of April, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA